

# LOAN LAWYERS, LLC.

FIGHTING FOR COMMUNITIES, ONE HOMEOWNER AT A TIME

A Private Law Firm | | "The Attorneys That Care" ™

| Main Office: | Miami-Dade office: | Palm Beach office: |
|---|---|---|
| 377 North SR 7, Suite 202 | 11098 Biscayne Boulevard, Suite 408 | 301 W. Atlantic Avenue, Suite O-8 |
| Plantation, Florida 33317-2817 | Miami, Florida 33161 | Delray Beach, Florida 33444 |
| Telephone: (954) 523-HELP (4357) | Telephone: (305) 891-4010 | Telephone: (561) 832-6060 |
| Facsimile: (954) 581-2786 | | |
| www.FloridaLoanLawyers.com | | |

**\*\*Please reply to the Plantation office**

January 16, 2014

### VIA CERTIFIED MAIL-RETURN RECEIPT

Green Tree Servicing, LLC
PO Box 6176
Rapid City, SD 57709-6176

    Re:  Richard A. Fiora
        Account Number: ▇▇▇922
        Property Address: ▇▇▇ Crystal Lake Drive, Deerfield Beach, Florida, 33064

Dear Sir or Madam:

    Please consider this letter to constitute a Notice of Error under 12 CFR Section 1024.35 of Regulation X of the Mortgage Servicing Act under RESPA, which Regulation became effective on January 10, 2014. These amendments implemented the Dodd-Frank Wall Street Reform and Consumer Protection Act provisions regarding mortgage loan servicing. Under these amendments, you must acknowledge receipt of this Notice within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays) and must advise us of your responses to this notice within thirty (30) days of receipt thereof (excluding legal public holidays, Saturdays and Sundays).

Under Section 1024.35(b) of Amended Regulation X, the term "error" means the following categories of covered errors:

(1) Failure to accept a payment that conforms to the servicer's written requirements for the borrower to follow in making payments.
(2) Failure to apply an accepted payment to principal, interest, escrow, or other charges under the terms of the mortgage loan and applicable law.
(3) Failure to credit a payment to a borrower's mortgage loan account as of the date of receipt, in violation of the prompt crediting provisions in 12 CFR 1026.36(c)(1).

FD-2158

(4) Failure to pay taxes, insurance premiums, or other charges, including charges that the consumer has voluntarily agreed that the servicer should collect and pay, in a timely manner as required by the escrow provisions of § 1024.34(a), or to refund an escrow account balance as required by § 1024.34(b).

(5) Imposition of a fee or charge that the servicer lacks a reasonable basis to impose upon the consumer, which includes, for example, a late fee for a payment that was not late, a charge you imposed for a service that was not provided, a default property-management.

fee for consumers who are not in a delinquency status that would justify the charge, or a charge for force-placed insurance provisions.

(6) Failure to provide an accurate payoff balance amount upon a borrower's request pursuant to 12 CFR 1026.36(c)(3).

(7) Failure to provide accurate information to a borrower for loss mitigation options and foreclosure, as required by the early intervention provisions of § 1024.39.

(8) Failure to accurately and timely transfer information relating to the servicing of a borrower's mortgage loan account to a transferee servicer.

(9) Making the first notice or filing required by applicable law for any judicial or non-judicial foreclosure process in violation of the loss mitigation procedures of § 1024.41(f) or (j).

(10) Moving for foreclosure judgment or order of sale, or conduction a foreclosure sale in violation of the loss mitigation procedures of this rule § 1024.41(g) or (j).

(11) Any other error relating to the servicing of the consumer's mortgage loan. Please note "servicing" is defined in § 1024.2(b).

The Consumer-Debtor in this case states he paid off the entire loan on November 22, 2013 by wire transfer in the amount of $109,742.68. I have attached the supporting documents. Yet, on December 6, 2013 you filed a foreclosure action against my client which was served upon him on January 9, 2014. He does not owe you any money and I demand that you dismiss the foreclosure immediately.

Additionally, the payoff letter attached hereto includes a fee for "Legal Fees" in the amount of $3,989.00. Please explain that charge and provide any documentation supporting same. Additionally, please explain why you pursued a foreclosure action against my client after you had been paid off in full.

Moreover, you are reporting my account as foreclosure to the credit reporting agaencies and it has greatly affected my client's credit, his business and his life. Demand is hereby made that you correct the reporting made to the credit reporting agencies.

Please correct all of these errors and provide us with notification of the correction, the date of the correction, and contact information for further assistance; or after conducting a reasonable investigation and providing the borrower through our firm with a notification that includes a statement that the servicer has determined that no error occurred, a statement of the reason or reasons for this determination, a statement of the borrower's right to request documents relied upon by the servicer in reaching its determination, information regarding how the borrower can request such documents, and contact information for further assistance.

Please be advised that for 60 days after receipt of a Notice of Error, you may not furnish adverse information to any consumer reporting agency regarding any payment that is the subject of the Notice of Error pursuant to § 1024.35(i).

*FD-2158*

Please provide an exact reproduction of the life of loan mortgage transactional history for this loan on the system of record used by the servicer. For purposes of identification, the life of loan transactional history means any software program or system by which the servicer records the current mortgage balance, the receipt of all payments, the assessment of any late fees or charges, and the recording of any corporate advances for any fees or charges including but not limited to property inspection fees, broker price opinion fees, legal fees, escrow fees, processing fees, technology fees, or any other collateral charge. Also, to the extent this life of loan transactional history includes in numeric or alpha-numeric codes, please attach a complete list of all such codes and state in plain English a short description for each such code. Please provide a current and itemized statement of the amount needed to reinstate to a current status the mortgage loan identified herein **Pursuant to Section 1024.36(d)(ii)(2)(B), you must respond not later than thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after you receive this request for information**

Additionally, please provide an accurate payoff balance. **This request is being made pursuant to Section 1639(g) of the Truth In Lending Act ["TILA"], pursuant to the amendments to TILA under the Dodd-Frank Act**. Please provide this information within 7 business days of receipt of this letter.

Sincerely,

Yechezkel Rodal, Esq.

I, Richard A. Fiora, hereby authorize you to provide the requested information to my attorney, Yechezkel Rodal at Loan Lawyers, LLC. I also request that you cease and desit and contact with me.

Richard A. Fiora

*FD-2158*

green tree

Green Tree Servicing LLC
PO Box 6172
Rapid City, SD 57709-6172
Phone: 800-643-0202
Fax: 866-870-9919
GTServicing.com

November 18, 2013

RICHARD A FIORA
    CRYSTAL LAKE DR
POMPANO BEACH    FL  33064

Account #:       922        Name: RICHARD A FIORA

Property Address:
    CRYSTAL LAKE DR
DEERFIELD BEACH    FL  33064

The payoff on the above-referenced account is:                $109,742.68
This includes the following:

| | | | |
|---|---|---|---|
| Principal Balance: | 103353.26 | Legal Fees: | 3989.00 |
| Paid Ahead Interest: | | Deferred Interest: | |
| Hazard/Flood Insurance: | | Escrow: | 750.40 |
| Corporate Advances: | | Unapplied Funds: | 32.53 |
| Late Fees: | 106.71 | Payments Held in Suspense: | |
| Returned Check Fees: | | | |

This amount is good through: 12/04/13 and will accrue $8.50 interest per day after this date. Any transactions that occur on or after 11/18/13 may change the payoff amount. All payoffs should be mailed to:

REGULAR/USPS OVERIGHT MAIL:                    OTHER OVERNIGHT MAIL:

Green Tree                                     Green Tree
DEPT. CH 9052                                  Attention: 9052- PAYOFFS
Palatine, IL 60055-9052                        5505 N. Cumberland Avenue Suite 307
                                               Chicago, IL 60656

BANK WIRING INSTRUCTIONS

ABA/ROUTING:    026009593
ACCOUNT:        1257813511
ACCOUNT NAME:   Green Tree Servicing LLC
BANK NAME:      Bank of America
MEMO SECTION:   The memo section (also referred to as Advice, Instructions to Beneficiary, or OBI) of the payoff wire must include the account name and 9-digit Green Tree account number. If this information is not included or misplaced, the payoff cannot be applied and will be rejected. The result of rejection will require a new payoff quote and likely a larger amount due.

Payoff Quote – Generic Letter              11/11/2013                                LTR-042

Green Tree Servicing LLC ("Green Tree") reserves the right to demand additional funds to correct any error or omission in the above payoff figure that was calculated in good faith, whether the error or omission is mathematical, clerical, typographical, or for any transactions that occurred on or after the date of this payoff quote.

If you are currently in an active bankruptcy, the amounts reflected above are contractual and may not be the amounts owed pursuant to the bankruptcy plan.

Payoff funds must be remitted using a money order, cashier's check or other certified instrument unless a Title Company remits funds. Any refund (if applicable) will be mailed to the customer's address unless otherwise instructed.

If you currently have your monthly payment set up on automatic withdrawal, or have any pending payments setup, we advise you to contact Customer Service at the below phone number to cancel your activation/payments prior to payoff.

For Home Equity Line of Credit accounts, the borrower must send a request in writing to close the account.

For release of documents, please refer to the following for your account type:

- Title for manufactured homes or personal property: With the exception of a few states that require the titles to be mailed to the Department of Motor Vehicles, titles will be mailed to the borrower unless instructed otherwise. Instructions should be included with the payoff check.
- Uniform Commercial Code (UCC) for manufactured homes or personal property: These will be mailed to the county/state for recording, and will not be mailed to the party remitting the payoff check.
- Mortgage Releases, satisfactions or reconveyances: These will be mailed to the county for recording and will not be mailed to the party remitting the payoff check.

If the funds received are not sufficient to pay off the account in full, the funds will not be posted until the remaining amount is received to pay off the account in full.

If you have any other questions, please call Customer Service at 1-800-643-0202.

Sincerely,

Green Tree


*Any existing lender-placed property insurance previously purchased by Green Tree on the loan account will be canceled upon loan payoff and any related unearned premiums will be refunded.


**BANKRUPTCY NOTICE** If you are in bankruptcy or have been discharged in bankruptcy, this letter is for informational purposes only and is not intended to collect a debt, or an act to collect, assess, or recover all or any portion of the debt from you personally.

**Dolores Arce**

**From:** ▮▮▮@citynational.com
**Sent:** Friday, November 22, 2013 5:00 PM
**To:** ▮▮▮@allpropertytitle.com
**Subject:** [Cust Out Wire Advice - eMail] Message ID: ▮▮▮5800H300 Advice Code:▮▮▮DEM

From: CITY NATIONAL BANK  Wire Transfer Department

==================================================================

Dear Customer: ALL PROPERTY TITLE & ESCROW LL

This email notification serves as immediate notification of the following Outgoing Wire Transfer that will be DEBITED from your account **********5592 on 2013-11-22 00:00:00. If you have any questions, please contact your local branch.

~~~~~~~~~~~~~~~~~~~Outgoing Wire Transfer Information~~~~~~~~~~~~~~~~~~~~

Beneficiary:   Green Tree
                5505 N. Cumberland Ave Suite 307
                Chicago, IL 60656
Beneficiary Account:    AC **********3511
Amount:        109,742.68
Sender:
    Name            CITY NATIONAL BANK
    ABA #           ▮▮▮367
    Reference #     ▮▮▮240
    Received from

    By Order of     ALL PROPERTY TITLE & ESCROW LL
Receiver:
    Name            BANK OF AMERICA, N
    ABA #           ▮▮▮9593
    Confirmation #: ▮▮▮C000423

Intermediary Bank:
Beneficiary Bank:   BANK OF AMERICA, N.A., NY 026009593
Beneficiary Bank Address: New York NY, United States United States
Reference for Beneficiary:
Originator to Beneficiary Info   LOAN ▮▮▮7922: RICHARD FIORA; ▮▮▮ CRYSTAL LAKE DR, DEERFIELD BEACH, FL
Bank to Bank Information
E-mail ▮▮▮@allpropertytitle.com; ▮▮▮@bmwlawyers.net

~~~~~~~~~~~~~~~~~~~~END WIRE TRANSFER INFORMATION~~~~~~~~~~~~~~~~~~~~

==================================================================

1