# green tree

Green Tree
PO Box 6172
Rapid City, SD 57709-6172
Tel. 800-643-0202
Fax. 866-870-9919
GTServicing.com

February 13, 2014

RICHARD A FIORA
███ CRYSTAL LAKE DR
POMPANO BEACH, FL 33064

RE: Account No. ███221

Dear RICHARD A FIORA:

Green Tree Servicing LLC or its Affiliates ("Green Tree") received your correspondence regarding the above referenced loan on 01/24/14. Your inquiry is currently under review.

We are in the process of retrieving and reviewing the loan and servicing files and other information on the subject matter in order to fully investigate your inquiry. Once all the relevant documentation has been reviewed and the matter has been discussed with any relevant Green Tree personnel involved, we will provide you with a written response. You can expect to receive the written response within sixty (60) business days from the date we received your correspondence.

If you have any questions or comments, please contact Customer Service at the above address.

Sincerely,

Green Tree Customer Service
Correspondence Dept.

/8LA